AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

FILED

_____ DISTRICT OF _____

JAN - 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

William M. Dolany

**WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: 07-673

I, William M. Dolany, charged in a (complaint) (petition) pending in this District with _Traveling interstate to engage in illicit sexual conduct_ in violation of Title __18__, U.S.C., __2423(b)__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_[signature]_
Defendant

1-8-08
Date

_[signature]_
Counsel for Defendant