UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO.  07-00673 (JMF) |
| | : | |
| **WILLIAM DULANY,** | : | VIOLATIONS: 18 U.S.C. § 2423(b) |
| **Defendant** | : | (Travel with Intent to Engage in Illicit |
| | : | Sexual Conduct); 22 D.C. Code § 3010(b) |
| | : | (Enticing a Child) |
| | : | |

# I N F O R M A T I O N

The United States Attorney charges:

## COUNT ONE

1.  On or about December 20, 2007, within the District of Columbia, the defendant, **WILLIAM DULANY**, did knowingly travel into the District of Columbia from the Commonwealth of Virginia for the purpose of engaging in illicit sexual conduct, that is a sex act as defined in 18 U.S.C. § 2246(2), with a person under 18 years of age and said sexual act would be a violation of Chapter 109A of Title 18 United States Code, specifically 18 U.S.C. § 2243, if the sexual act occurred in the special maritime and territorial jurisdiction of the United States.

   (**Travel with Intent to Engage in Illicit Sexual Conduct,** in violation of Title 18, United States Code, Sections 2423(b))

## COUNT TWO

2.  On or about December 20, 2007, within the District of Columbia, **WILLIAM DULANY**, being more than four years older than the purported age of a person representing himself to be a male child under 16 years of age, that is, 14 years of age, attempted to seduce, entice, allure, convince, and persuade that purported child to engage in a sexual act, that is

penetration of the purported child's anus by Dulany's penis.

(**Enticing a Child**, in violation of 22 D.C. Code, Section 3010(b)) (2001 ed.)

JEFFREY A. TAYLOR
Attorney of the United States in
and for the District of Columbia
Bar No. 498610

BY: _____/s/_____
OPHER SHWEIKI
Assistant United States Attorney
Bar No. 458776
Federal Major Crimes Section
555 4th Street, N.W., Room 4239
Washington, DC 20530
(202) 353-8822
Opher.Shweiki@usdoj.gov