AO 455 (Rev. 5/85) Waiver of Indictment

FILED

FEB 28 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

William Michael Dulany

WAIVER OF INDICTMENT

CASE NUMBER: 08-032

I, _William Michael Dulany_ , the above named defendant, who is accused of




being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _February 28, 2008_ prosecution by indictment and consent that the
      Date
proceeding may be by information rather than by indictment.


_____
Defendant

_____
Counsel for Defendant

Before _____
      Judicial Officer