

FILED

FEB 2 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. CR 08-32 |
| | : | |
| v. | : | MAGISTRATE NO. 07-00673 (JMF) |
| | : | |
| **WILLIAM DULANY,** | : | VIOLATIONS: 18 U.S.C. § 2423(b) |
| **Defendant** | : | (Travel with Intent to Engage in Illicit |
| | : | Sexual Conduct); 22 D.C. Code § 3010(b) |
| | : | (Enticing a Child) |
| | : | |

### STATEMENT OF OFFENSE

The parties in this case, the United States of America and the defendant, William Dulany, stipulate and agree that the following facts are true and accurate. These facts do not constitute all of the facts known to the parties concerning the charged offenses; they are being submitted to demonstrate that sufficient facts exist that the defendant committed the offense to which he is pleading guilty.

1. On December 20, 2007, at approximately 5:14 p.m., within the District of Columbia, a law enforcement cooperating witness engaged in an America Online instant message chat with the defendant, William Dulany, who has a date of birth of November 5, 1982, and was using the screen name, "MDTeenTop." The cooperating witness engaged in this chat while acting in an undercover capacity and in the presence of Metropolitan Police Department detectives and Federal Bureau of Investigation agents.

2. During this chat, the cooperating witness asked the defendant, "what's up" and informed the defendant that his boyfriend was out of town. The cooperating witness also informed the defendant that he has been having fun since his boyfriend left. The defendant asked the cooperating witness, "whatd u get." The cooperating witness responded, "kid that just turned

14," and the defendant stated, "nice."

3. The defendant asked the cooperating witness to describe the 14 year-old. The cooperating witness then described the 14 year-old male as "barely 14, really smooth bod, white, perfect soccer build, like lil shorter than me, blond, blue." The defendant asked the cooperating witness if he, "fucked him," and the cooperating witness said that he did. The defendant told the cooperating witness that he was going to dinner with a friend in the "ashburn reston area tonight," "would have some time after," and was "trying to find something." The cooperating witness told the defendant that "the only one I know around is the 14 [year-old child]."

4. The defendant and the cooperating witness then made arrangements to meet at a hotel later than day in Washington, D.C., so that the defendant could have sexual contact with the 14 year-old child. The defendant stated that "I'll be there" and explained "as long as he's smooth and wants dick in his ass." The defendant also sent a picture of himself to the cooperating witness so the cooperating witness could show it to the 14 year-old child. In addition, the defendant asked the cooperating witness if he should bring condoms, and the cooperating witness stated, "he'll let u go bare but its up to you." The defendant responded, "fuck . . . now im dripping," "I wanna see this kid!," and "im so stoked."

5. Later that day, at approximately 7:21 p.m., the cooperating witness exchanged cellular text messages with the defendant and confirmed that the 14 year-old child was available. The defendant stated that he would meet the complaining witness at the hotel after he ate dinner. At approximately 10:22 p.m., the defendant was arrested inside of the doorway at the Days Inn Hotel, located at 4400 Connecticut Avenue, N.W., Washington, D.C., which was the pre-arranged hotel.

6. Following his arrest, the defendant provided a videotaped statement to a

Metropolitan Police Department detective. In this statement, the defendant confirmed that he uses the screen name, "MDTeenTop," and, after reading the instant message chat log of his earlier chat with the cooperating witness, the defendant acknowledged that the chat log was true and accurate. The defendant also acknowledged traveling that evening from Sterling, Virginia, to the Days Inn Hotel, located in the District of Columbia.

7.      The defendant traveled from Virginia to the District of Columbia by driving his 4-door Honda Civic, bearing vehicle identification number 2HGES25785H589854, and a Magellan Maestro GPS, bearing serial number 0719404515286, was installed in this car. In addition, the defendant used his Samsung SCH-A950 cellular phone, bearing serial number 02801068797, to exchange cellular text messages with the cooperating witness which confirmed the purported 14 year-old child's availability earlier that night.

_____
OPHER SHWEIKI
Assistant United States Attorney

_____
ROSCOE HOWARD, ESQ.
Attorney for Defendant

_____
WILLIAM DULANY
Defendant

2/25/08
Date

2/18/08
Date

**DEFENDANT'S ACKNOWLEDGMENT**

I have read this Statement of the Offense and have discussed it with my attorney, Roscoe Howard, Esq. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 2/19/08

WILLIAM DULANY
Defendant

**ATTORNEY'S ACKNOWLEDGMENT**

I have read this Statement of the Offense, and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 2/19/08

ROSCOE HOWARD, ESQ.
Attorney for Defendant William Dulany