UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

Feb 28 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 07-00673 (JMF) |
| | : | |
| **WILLIAM DULANY,** | : | VIOLATIONS: 18 U.S.C. § 2423(b) |
| **Defendant** | : | (Travel with Intent to Engage in Illicit |
| | : | Sexual Conduct); 22 D.C. Code § 3010(b) |
| | : | (Enticing a Child) |

## CONSENT TO FORFEITURE

I, William Dulany, the above-named defendant, understand that the Federal Bureau of Investigation (FBI) has seized the following item, belonging to me, in reference to the above-caption case, on December 20, 2007, pursuant to 18 U.S.C. Section 2428(b): 2005 Honda Civic, bearing VIN 2HGES25785H589854.

I further understand that pursuant to 18 U.S.C. § 983, the FBI is required to send notice in non-judicial civil forfeiture matters. Having been advised of my rights regarding notice, I hereby knowingly and voluntarily waive my rights to such notice being sent within the time frames in 18 U.S.C. § 983 and to having the property returned to me if notice is not sent within the prescribed time frames. I voluntarily waive all constitutional, legal and equitable claims arising out of and/or defenses to the forfeiture of this property in any proceeding, including any claim of innocent ownership and any claim or defense under the Eighth Amendment, including any claim of excessive fine. I agree to not contest or assist anyone else in contesting the forfeiture on any other ground. I further agree not to petition or assist anyone else in petitioning for the remission or mitigation of the forfeiture.

I hereby agree to unconditionally release and hold harmless the FBI, its officers, employees and Agents from any and all claims, demands, damages, cause of actions or suits, of whatever kind and description, and wheresoever situated, that might now exist or hereafter exist

by reason of or growing out of or affecting, directly or indirectly, the seizure of the above described property.

I have read this Consent to Forfeiture agreement in its entirety and have discussed it with my attorney, Roscoe Howard, Esquire. I fully understand this agreement and agree to it without reservation. I do this voluntarily and of my own free will, intending to be legally bound. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this agreement.

_____
OPHER SHWEIKI
Assistant United States Attorney

_____
ROSCOE HOWARD, ESQ.
Attorney for Defendant

_____
WILLIAM DULANY
Defendant

2/25/08
Date

2/19/08
Date