UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

United States of America

v.                                              Docket No.: CR-08-00032-001

William Dulany

## ORDER OF COURT

The sentencing originally scheduled for May 12, 2008 is hereby vacated, and sentencing is now rescheduled for June 9, 2008 At. 10:00 AM.

Sentencing memorandums are due by June 4th 2008.

Considered and ordered this 18 day of March, 2008.

_____
THOMAS F. HOGAN
CHIEF JUDGE
UNITED STATES DISTRICT COURT