IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM DULANY,<br><br>    Defendant. | Criminal Action No. 1:08-cr-00032-TFH<br>1:07-mj-00673-JMF |

**CONSENT MOTION TO CHANGE CAPTION AND**
**MEMORANDUM IN SUPPORT THEREOF**

    Defendant William Michael Dulany, by counsel, and with the consent of the United States, respectfully moves this honorable Court to change the caption of this action to reflect his full name, William Michael Dulany. In support of this motion, Defendant states as follows:

    1.    On December 21, 2007, the United States filed a Criminal Complaint against Defendant captioned, *United States of America v. William Dulany*. On February 19, 2008, under the same caption, the United States filed a two-count Information against Defendant alleging violations 18 USC § 2423(b) (Count I) and 22 D.C. Code § 3010 (Count II). Defendant has entered a plea of guilty to Count II.

    2.    The information described in paragraph 1 above is a part of the Court's records and available to the public. To avoid confusion with other members of the Dulany family with the same first name and address as Defendant, Defendant requests that the caption reflect his full name, William Michael Dulany.

    3.    This requested change in the caption of this action does not affect the rights of any of the involved parties.

4. The undersigned counsel for Defendant has contacted and obtained the consent of counsel for the United States.

WHEREFORE, Defendant William Michael Dulany respectfully requests that the Court change the caption of this action to reflect his full name.

Dated: March ___, 2008

Respectfully submitted,

__/s/_____
Roscoe C. Howard, Jr., DC Bar No. 246470
TROUTMAN SANDERS LLP
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004
(202) 274-2960
roscoe.howard@troutmansanders.com

*Counsel for William Michael Dulany*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that, on this \_\_\_\_ day of March 2008, a true and accurate copy of the foregoing was served via the Court's electronic filing and service system to:

        Opher Shweiki
        U. S. ATTORNEY'S OFFICE
        555 Fourth Street, NW
        Room 4233
        Washington, DC 20530

And via U.S. mail, postage prepaid to:

        Michael J. Penders
        United States Probation Officer
        E. Barrett Prettyman U.S. Courthouse
        Washington, DC 20001

        \_\_\_\_\_/s/_____
        Roscoe C. Howard, Jr., DC Bar No. 246470
        TROUTMAN SANDERS LLP
        401 9th Street, N.W., Suite 1000
        Washington, D.C. 20004
        (202) 274-2960
        roscoe.howard@troutmansanders.com

*1085308v1*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM DULANY,<br><br>    Defendant. | Criminal Action No. 1:08-cr-00032-TFH<br>1:07-mj-00673-JMF |

## **ORDER**

    This matter came before the Court on Defendant's consent motion to change the caption of this action to reflect his full name, William Michael Dulany. Upon consideration of the motion and memorandum in support, and it appearing that the relief requested by Defendant has been consented to by the United States, it is this ____ day of _____, 2008, hereby

    ORDERED that Defendant's motion is GRANTED. Heretofore the Defendant shall be referred to in all pleadings as William Michael Dulany and the clerk is directed to change the caption of this action to reflect the same.

                                                                                   _____
                                                                                   Judge, District Court for the District Columbia

- 2 -

Copies to:

Roscoe C. Howard, Jr.
TROUTMAN SANDERS LLP
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004
roscoe.howard@troutmansanders.com


Opher Shweiki
U. S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Room 4233
Washington, DC 20530
opher.shweiki@usdoj.gov

*1085345v1*

- 2 -