FILED

APP - - 2008

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

IN THE UNITED STATES DISTRICT COURT<br/>FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM DULANY,<br><br>    Defendant. | Criminal Action No. 1:08-cr-00032-TFH<br>1:07-mj-00673-JMF |

### ORDER

This matter came before the Court on Defendant's consent motion to change the caption of this action to reflect his full name, William Michael Dulany. Upon consideration of the motion and memorandum in support, and it appearing that the relief requested by Defendant has been consented to by the United States, it is this 3 day of April, 2008, hereby

ORDERED that Defendant's motion is GRANTED. Heretofore the Defendant shall be referred to in all pleadings as William Michael Dulany and the clerk is directed to change the caption of this action to reflect the same.

_____
Judge, District Court for the District Columbia



Copies to:

Roscoe C. Howard, Jr.
TROUTMAN SANDERS LLP
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004
roscoe.howard@troutmansanders.com


Opher Shweiki
U. S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Room 4233
Washington, DC 20530
opher.shweiki@usdoj.gov