IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM MICHAEL DULANY,<br><br>    Defendant. | Criminal Action No. 1:08-cr-00032-TFH |

**CONSENT MOTION FOR LEAVE TO DEFER SURRENDER DATE
AFTER AUGUST 10, 2008 AND MEMORANDUM IN SUPPORT THEREOF**

    William Michael Dulany, the defendant in this matter, by counsel, respectfully moves this Court for leave to surrender for commencement of his sentence at a date on or after August 11, 2008, to allow for the completion of a Master of Business Administration ("MBA") course entitled "The Marketing of New Ideas," in which Mr. Dulany is currently enrolled through the University of Maryland University College. In support of this motion, Mr. Dulany states as follows:

    On June 9, 2008, after Mr. Dulany pled guilty to one count of enticement of a minor, 22 DC Code § 3010(b), this court sentenced Mr. Dulany to four months of incarceration along with other terms and conditions set out in the court's order filed on June 10, 2008. The court ordered that Mr. Dulany self-surrender to begin his sentence when notified by the Federal Bureau of Prisons. Immediately following sentencing, Mr. Dulany met with the United States Probation Officer in charge of self-surrender defendants to begin the placement process. Mr. Dulany inquired regarding his ability to complete a course for his Master's Degree in Business Administration while incarcerated. The course is scheduled to be completed on August 10,

2008. The Probation Officer indicated that he was unsure when Mr. Dulany would be required to report for commencement of his sentence, but if he were required to do so before August 11, 2008, it would not be possible for Mr. Dulany to complete his coursework while incarcerated.

The Probation Officer informed Mr. Dulany that the access to a computer, which would be required for the coursework, will not be possible while incarcerated. The Master's in Business Administration course is the fourth out of eight required courses to complete Mr. Dulany's MBA requirements. The course is administered online and requires that Mr. Dulany have near-daily access to a computer to complete the coursework. Mr. Dulany first enrolled in the course in December 2007, but withdrew after his arrest in this matter because of the uncertainties surrounding his future. However, Mr. Dulany was able to recoup his tuition payment because of the timeliness of his withdrawal from the course. In an effort to rehabilitate himself and prepare for his life after the completion of his sentence, Mr. Dulany again enrolled in the course in May 2008. After learning that the legal proceedings in this matter would continue for several months, Mr. Dulany thought he may be able to start the course then finish it while incarcerated. Since the course began in May 2008, Mr. Dulany has actively taken part in the coursework and completed all of his assignments. The Probation Officer made the recommendation that the instant motion be filed after informing Mr. Dulany that Federal prisons do not allow inmates the access to the internet that the course requires. The last day of the course is scheduled for August 10, 2008.

Should Mr. Dulany be required to report prior to completion of the class, he will not only loose the tuition and fees he has paid, but also will be denied the credits for the course, despite having completed more than seventy five percent of the coursework. Mr. Dulany has paid $4,000 in tuition and fees associated with this course. These payments are now non-refundable.

Given that Mr. Dulany lost his job and has only recently found part-time employment, this payment would constitute a significant monetary loss. This class is a requirement for the awarding of an MBA, a degree Mr. Dulany intends to complete after his incarceration ends. Mr. Dulany must successfully complete the course to receive academic credit for the degree. Thus, Mr. Dulany's time, effort and resources over the last several months will be wasted should he not be permitted to complete the coursework. In addition, this degree will significantly advance Mr. Dulany's prospects of employment and rehabilitation following his incarceration.

At the present time, Mr. Dulany does not know if his surrender date will be on or after August 11, 2008. Mr. Dulany is filing this motion on an abundance of caution, should his self-surrender date come on or before August 10, 2008. Moreover, deferring the requested surrender time period will not prejudice or unduly burden the government. Counsel for Mr. Dulany has conferred with the Assistant United States Attorney, and the government has no objection to this motion as long as it does not interfere with the self-surrender process. It does not appear at the present time that it will.

Wherefore, defendant William Michael Dulany requests that this Court grant his motion and enter an order permitting defendant to surrender on a date certain set by the Bureau of Prisons on or after August 11, 2008.

Dated: June 17, 2008

                                                Respectfully submitted,

                                                ___/s/_____
                                                Roscoe C. Howard, Jr., DC Bar No. 246470
                                                TROUTMAN SANDERS LLP
                                                401 9th Street, N.W., Suite 1000
                                                Washington, D.C. 20004
                                                (202) 274-2960
                                                roscoe.howard@troutmansanders.com
                                                *Counsel for William Michael Dulany*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that, on this 17th day of June 2008, a true and accurate copy of the foregoing was served via the Court's electronic filing and service system to:

        Opher Shweiki
        U. S. ATTORNEY'S OFFICE
        555 Fourth Street, NW
        Room 4233
        Washington, DC 20530

and via U.S. mail, postage prepaid to:

        Michael J. Penders
        Sondrá A. Rhodes
        United States Probation Officer
        E. Barrett Prettyman U.S. Courthouse
        333 Constitution Avenue, NW
        Room 2800
        Washington, DC  20001

        _____/s/_____
        Roscoe C. Howard, Jr., DC Bar No. 246470
        TROUTMAN SANDERS LLP
        401 9th Street, N.W., Suite 1000
        Washington, D.C. 20004
        (202) 274-2960
        roscoe.howard@troutmansanders.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM MICHAEL DULANY,<br><br>    Defendant. | Criminal Action No. 1:08-cr-00032-TFH |

**ORDER**

    This matter came before the Court on defendant's motion to allow him to self-surrender to commence his sentence in this matter on a date that follows that conclusion of course work currently being taken by the defendant as a requirement for an advanced degree.  Upon consideration of the motion and the memorandum in support, and it appearing that the relief requested by defendant has been consented to by the United States as long it does not interfere with the self-surrender process, it is this ____ day of _____, 2008, hereby

    ORDERED that defendant's motion is GRANTED.  The defendant shall be allowed to self-surrender to begin his sentence on a date on or after August 11, 2008.

_____
Judge, District Court for the District Columbia

- 2 -

Copies to:

Roscoe C. Howard, Jr.
TROUTMAN SANDERS LLP
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004
roscoe.howard@troutmansanders.com


Opher Shweiki
U. S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Room 4233
Washington, DC 20530
opher.shweiki@usdoj.gov


Michael J. Penders
Sondrá A. Rhodes
United States Probation Officer
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, NW
Room 2800
Washington, DC 20001

*10900763v1*