HONORABLE THOMAS F. HOGAN, UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: 08-32-01 |
| vs. | : | SSN: N/A |
| DULANY, William Michael | : | Disclosure Date: May 5, 2008 |

**FILED**
JUN 9 - 2008
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**
(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____    _____
**Prosecuting Attorney**              **Date**

**For the Defendant**
(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_[signature]_ 5/19/08      _[signature]_ 5-20-08
**Defendant**    **Date**       **Defense Counsel**    **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **May 19, 2008**, to U.S. Probation Officer **Michael Penders**, telephone number **(202) 565-1379**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**
By: Gennine A. Hagar, Chief
United States Probation Officer

**Receipt and Acknowledgment**                                                    Page 2

There are two material and/or factual inaccuracies in the Presentence Investigative Report ("PIR"). Those inaccuracies are described below.

Paragraph 15 of the PIR states that "[u]nder advisement of counsel, the defendant did not provide any additional information with respect to his offense."

Mr. Dulany's was never instructed by counsel during his presentence interview to refuse to answer questions posed by the Probation Officer. Mr. Dulany's was neither advised nor instructed by counsel to withhold 'additional information with respect to his offense'. In fact, Mr. Dulany did not withhold any information on questions posed to him during, prior to or after his presentence report interview. This paragraph should be changed to reflect that.

Paragraph 46 discusses the Court's ability to "impose the following additional conditions relating to convictions involving child pornography."

Mr. Dulany has not been charged with any offense involving child pornography, and his guilty plea had no relation to child pornography charges. Moreover, there is no evidence or allegation that Mr. Dulany has trafficked in, viewed or possessed child pornography. As stated in paragraph 46, there is no 'conviction involving child pornography' for the court to consider. Therefore, this paragraph should be removed from the PIR.

Signed by: _____
(Defendant/Defense Attorney)

Date: 5-20-08