AO 245B  (Rev. 06/05) (Rev. DC 12/15/05) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
## for the District of Columbia

**FILED**
JUN 10 2008
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
v.

WILLIAM MICHAEL DULANY

JUDGMENT IN A CRIMINAL CASE

Case Number: CR 08-32-01

USM Number: 28878-016

ROSCOE HOWARD, ESQUIRE
Defendant's Attorney

**THE DEFENDANT:**

☑ pleaded guilty to count(s)  TWO (2) OF THE INFORMATION.

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 22 DCC 3010(b) (2001 ed.) | ENTICING A CHILD | 12/20/07 | 2 |

The defendant is sentenced as provided in pages 2 through __10__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☑ Count(s) ALL REMAINING COUNTS  is/are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

JUNE 9, 2008
Date of Imposition of Judgment

_signature_
Signature of Judge

THOMAS F. HOGAN          U.S. DISTRICT COURT JUDGE
Name of Judge            Title of Judge

6/10/08
Date



Judgment — Page __2__ of __9__

DEFENDANT: WILLIAM MICHAEL DULANY
CASE NUMBER: CR 08-32-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

TWENTY-FOUR (24) MONTHS , EXECUTION OF SENTENCE IS SUSPENDED AS TO ALL BUT FOUR ( 4 ) MONTHS ON COUNT - 2 OF THE INFORMATION.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☒ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: WILLIAM MICHAEL DULANY
CASE NUMBER: CR 08-32-01

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

SIXTY (60) MONTHS SUPERVISED RELEASE ON COUNT 2 OF THE INFORMATION, EXECUTION OF SENTENCE IS SUSPENDED.

    The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

- [ ] The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)
- [x] The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)
- [x] The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)
- [x] The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)
- [ ] The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

    If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

    The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Judgment—Page 4 of 9

DEFENDANT: WILLIAM MICHAEL DULANY
CASE NUMBER: CR 08-32-01

## ADDITIONAL SUPERVISED RELEASE TERMS

COMPUTER SEARCH - YOU SHALL SUBMIT TO PERIODIC UNANNOUCED EXAMINATIONS OF YOUR COMPUTER BY THE PROBATION OFFICE AND /OR AUTHORIZED PROBATION SERVICE REPRESENTATIVES, WHICH MAY INCLUDE RETRIEVAL AND COPYING OF ALL DATA FROM THE COMPUTER AND ANY INTERNAL OR EXTERNAL PERIPHERALS TO ENSURE COMPLIANCE WITH THIS CONDITION AND/OR REMOVAL OF SUCH EQUIPMENT FOR THE PURPOSE OF CONDUCTING A MORE THOROUGH INSEPCTION. YOU SHALL ALLOW INSTALLATION OF ANY HARDWARE OR SOFTWARE SYSTEMS TO MONITOR YOUR COMPUTER USE AND SHALL PAY FOR THE COST OF SUCH MONITORING EQUIPMENT.

COMPUTER RESTRICTIONS - YOU SHALL NOT POSSESS, OR USE, ANY DATA ENCRYPTION TECHNIQUE OR PROGRAM AND SHALL REFRAIN FROM ACCESSING, VIA COMPUTER, ANY MATERIAL THAT RELATES TO THE ACTIVITY IN WHICH YOU ENGAGE WHEN COMMITTING THE INSTANT OFFENSE. YOU SHALL MAINTAIN A DAILY LOG OF ALL ADDRESSES ACCESSED BY WAY OF ANY COMPUTER, OTHER THAN THOSE AUTHORIZED FOR EMPLOYMENT, AND YOU SHALL MAKE THE LOG AVAILABLE TO THE PROBATION OFFICE FOR REVIEW. YOU SHALL CONSENT TO THIRD PARTY DISCLOSURE TO ANY EMPLOYER OR POTENTIAL EMPLOYER, CONCERNING ANY COMPUTER RELATED RESTRICTIONS THAT ARE IMPOSED UPON YOU.

SEX OFFENDER TREATMENT - YOU SHALL COOPERATIVELY PARTICIPATE IN A MENTAL HEALTH PROGRAM SPECIFICALLY RELATED TO SEXUAL OFFENDER THERAPY, AS APPROVED BY THE PROBATION OFFICE. YOU SHALL ABIDE BY ALL PROGRAM RULES, REQUIREMENTS AND CONDITIONS, WHICH MAY INCLUDE, BUT IS NOT LIMITED TO, SUBMISSION TO PERIODIC AND RANDOM POLYGRAPH TESTING, PLETHYSMOGRAPH EXAMINATIONS AND ABEL ASSESSMENT, AS DIRECTED BY THE PROBATION OFFICE.

COMPUTER INTERNET ACCESS RESTRICTION - YOU SHALL NOT POSSESS OR USE A COMPUTER THAT HAS ACCESS TO ANY " ON LINE COMPUTER SERVICE" AT ANY LOCATION, INCLUDING YOUR PLACE OF EMPLOYMENT, WITHOUT THE PRIOR WRITTEN APPROVAL OF THE PROBATION OFFICE. "ON-LINE COMPUTER SERVICE" INCLUDES, BUT IS NOT LIMITED TO, ANY INTERNET SERVICE PROVIDER, BULLETIN BOARD SYSTEM, OR ANY OTHER PUBLIC OR PRIVATE COMPUTER NETWORK.

CONTACT RESTRICTIONS - YOU SHALL HAVE NO DIRECT, OR INDIRECT CONTACT WITH CHILDREN, AGE 18 OR YOUNGER AND YOU SHALL REFRAIN FROM LOITERING IN ANY PLACE WHERE CHILDREN CONGREGATE, INCLUDING BUT NOT LIMITED TO RESIDENCES, ARCADES, PARKS, PLAYGROUNDS AND SCHOOLS. YOU SHALL NOT RESIDE WITH A CHILD OR CHILDREN UNDER THE AGE OF 18 WITHOUT THE EXPRESS AND WRITTEN APPROVAL OF THE MINOR'S LEGAL GUARDIAN AND THE WRITTEN PERMISSION OF THE COURT, EXCEPT FOR YOUR BROTHER.

EMPLOYMENT RESTRICTIONS - YOU SHALL NOT BE EMPLOYED IN ANY CAPACITY OR PARTICIPATE IN ANY VOLUNTEER ACTIVITY THAT INVOLVES CONTACT WITH MINORS UNDER THE AGE OF 18, EXCEPT UNDER CIRCUMSTANCES APPROVED IN ADVANCE AND IN WRITING BY THE COURT.

PARAPHENALIA RESTRICTION - YOU SHALL NOT POSSESS ANY PORNAGRAPHIC, SEXUALLY ORIENTED, OR SEXUALLY STIMULATING MATERIALS, INCLUDING VISUAL, AUDITORY, TELEPHONIC OR ELECTRONIC MEDIA, AND/OR COMPUTER PROGRAMS OR SERVICES THAT ARE RELEVANT TO THE OFFENDERS DEVIANT BEHAVIOR PATTERN. YOU SHALL NOT PATRONIZE ANY PLACE WHERE PORNOGRAPHIC OR EROTICA CAN BE ACCESSED, OBTAINED OR VIEWED, INCLUDING ESTABLISHMENTS WHERE SEXUAL ENTERTAINEMENT IS AVAILABLE.

ASSOCIATION RESTRICTIONS - YOU WILL NOT ASSOCIATE WITH ANY KNOWN SEX OFFENDER.

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
           Sheet 3B — Supervised Release

Judgment—Page 5 of 9

DEFENDANT: WILLIAM MICHAEL DULANY
CASE NUMBER: CR 08-32-01

## ADDITIONAL STANDARD CONDITIONS OF SUPERVISION

THE PROBATION OFFICE SHALL RELEASE THE PRESENTENCE INVESTIGATION REPORT TO ALL APPROPRIATE AGENCIES IN ORDER TO EXECUTE THE SENTENCE OF THE COURT.  TREATMENT AGENCIES SHALL RETURN THE PRESENTENCE REPORT TO THE PROBATION OFFICE UPON THE DEFENDANT'S TERMINATION OR COMPLETION FROM TREATMENT.

NOTICE OF APPEAL - YOU HAVE THE RIGHT TO APPEAL THE SENTENCE IMPOSED BY THIS COURT.  IF YOU CHOOSE TO APPEAL, YOU MUST DO SO WITHIN 10 DAYS AFTER THE COURT HAS ENTERED JUDGEMENT IN THIS CASE.  IF YOU ARE UNABLE TO AFFORD THE COST OF AN APPEAL, YOU MAY REQUEST PERMISSION FROM THE COURT TO FILE AN APPEAL AT THE EXPENSE OF THE GOVERMENT.

DEFENDANT: WILLIAM MICHAEL DULANY
CASE NUMBER: CR 08-32-01

# PROBATION

The defendant is hereby sentenced to probation for a term of:

**FORTY-EIGHT (48) MONTHS ON COUNT -2 OF THE INFORMATION.**

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☒ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: WILLIAM MICHAEL DULANY
CASE NUMBER: CR 08-32-01

## ADDITIONAL PROBATION TERMS

COMPUTER SEARCH - YOU SHALL SUBMIT TO PERIODIC UNANNOUCED EXAMINATIONS OF YOUR COMPUTER BY THE PROBATION OFFICE AND /OR AUTHORIZED PROBATION SERVICE REPRESENTATIVES, WHICH MAY INCLUDE RETRIEVAL AND COPYING OF ALL DATA FROM THE COMPUTER AND ANY INTERNAL OR EXTERNAL PERIPHERALS TO ENSURE COMPLIANCE WITH THIS CONDITION AND/OR REMOVAL OF SUCH EQUIPMENT FOR THE PURPOSE OF CONDUCTING A MORE THOROUGH INSEPCTION. YOU SHALL ALLOW INSTALLATION OF ANY HARDWARE OR SOFTWARE SYSTEMS TO MONITOR YOUR COMPUTER USE AND SHALL PAY FOR THE COST OF SUCH MONITORING EQUIPMENT.

COMPUTER RESTRICTIONS - YOU SHALL NOT POSSESS, OR USE, ANY DATA ENCRYPTION TECHNIQUE OR PROGRAM AND SHALL REFRAIN FROM ACCESSING, VIA COMPUTER, ANY MATERIAL THAT RELATES TO THE ACTIVITY IN WHICH YOU ENGAGE WHEN COMMITTING THE INSTANT OFFENSE. YOU SHALL MAINTAIN A DAILY LOG OF ALL ADDRESSES ACCESSED BY WAY OF ANY COMPUTER, OTHER THAN THOSE AUTHORIZED FOR EMPLOYMENT, AND YOU SHALL MAKE THE LOG AVAILABLE TO THE PROBATION OFFICE FOR REVIEW. YOU SHALL CONSENT TO THIRD PARTY DISCLOSURE TO ANY EMPLOYER OR POTENTIAL EMPLOYER, CONCERNING ANY COMPUTER RELATED RESTRICTIONS THAT ARE IMPOSED UPON YOU.

SEX OFFENDER TREATMENT - YOU SHALL COOPERATIVELY PARTICIPATE IN A MENTAL HEALTH PROGRAM SPECIFICALLY RELATED TO SEXUAL OFFENDER THERAPY, AS APPROVED BY THE PROBATION OFFICE. YOU SHALL ABIDE BY ALL PROGRAM RULES, REQUIREMENTS AND CONDITIONS, WHICH MAY INCLUDE, BUT IS NOT LIMITED TO, SUBMISSION TO PERIODIC AND RANDOM POLYGRAPH TESTING, PLETHYSMOGRAPH EXAMINATIONS AND ABEL ASSESSMENT, AS DIRECTED BY THE PROBATION OFFICE.

COMPUTER INTERNET ACCESS RESTRICTION - YOU SHALL NOT POSSESS OR USE A COMPUTER THAT HAS ACCESS TO ANY " ON LINE COMPUTER SERVICE" AT ANY LOCATION, INCLUDING YOUR PLACE OF EMPLOYMENT, WITHOUT THE PRIOR WRITTEN APPROVAL OF THE PROBATION OFFICE. "ON-LINE COMPUTER SERVICE" INCLUDES, BUT IS NOT LIMITED TO, ANY INTERNET SERVICE PROVIDER, BULLETIN BOARD SYSTEM, OR ANY OTHER PUBLIC OR PRIVATE COMPUTER NETWORK.

CONTACT RESTRICTIONS - YOU SHALL HAVE NO DIRECT, OR INDIRECT CONTACT WITH CHILDREN, AGE 18 OR YOUNGER AND YOU SHALL REFRAIN FROM LOITERING IN ANY PLACE WHERE CHILDREN CONGREGATE, INCLUDING BUT NOT LIMITED TO RESIDENCES, ARCADES, PARKS, PLAYGROUNDS AND SCHOOLS. YOU SHALL NOT RESIDE WITH A CHILD OR CHILDREN UNDER THE AGE OF 18 WITHOUT THE EXPRESS AND WRITTEN APPROVAL OF THE MINOR'S LEGAL GUARDIAN AND THE WRITTEN PERMISSION OF THE COURT, EXCEPT FOR YOUR BROTHER.

EMPLOYMENT RESTRICTIONS - YOU SHALL NOT BE EMPLOYED IN ANY CAPACITY OR PARTICIPATE IN ANY VOLUNTEER ACTIVITY THAT INVOLVES CONTACT WITH MINORS UNDER THE AGE OF 18, EXCEPT UNDER CIRCUMSTANCES APPROVED IN ADVANCE AND IN WRITING BY THE COURT.

PARAPHENALIA RESTRICTION - YOU SHALL NOT POSSESS ANY PORNAGRAPHIC, SEXUALLY ORIENTED, OR SEXUALLY STIMULATING MATERIALS, INCLUDING VISUAL, AUDITORY, TELEPHONIC OR ELECTRONIC MEDIA, AND/OR COMPUTER PROGRAMS OR SERVICES THAT ARE RELEVANT TO THE OFFENDERS DEVIANT BEHAVIOR PATTERN. YOU SHALL NOT PATRONIZE ANY PLACE WHERE PORNOGRAPHIC OR EROTICA CAN BE ACCESSED, OBTAINED OR VIEWED, INCLUDING ESTABLISHMENTS WHERE SEXUAL ENTERTAINMENT IS AVAILABLE.

ASSOCIATION RESTRICTION - YOU WILL NOT ASSOCIATE WITH ANY KNOWN SEX OFFENDER.

DEFENDANT: WILLIAM MICHAEL DULANY  
CASE NUMBER: CR 08-32-01

## ADDITIONAL STANDARD CONDITIONS OF SUPERVISION

THE PROBATION OFFICE SHALL RELEASE THE PRESENTENCE INVESTIGATION REPORT TO ALL APPROPRIATE AGENCIES IN ORDER TO EXECUTE THE SENTENCE OF THE COURT. TREATMENT AGENCIES SHALL RETURN THE PRESENTENCE REPORT TO THE PROBATION OFFICE UPON THE DEFENDANT'S TERMINATION OR COMPLETION FROM TREATMENT.

NOTICE OF APPEAL - YOU HAVE THE RIGHT TO APPEAL THE SENTENCE IMPOSED BY THIS COURT. IF YOU CHOOSE TO APPEAL, YOU MUST DO SO WITHIN 10 DAYS AFTER THE COURT HAS ENTERED JUDGEMENT IN THIS CASE. IF YOU ARE UNABLE TO AFFORD THE COST OF AN APPEAL, YOU MAY REQUEST PERMISSION FROM THE COURT TO FILE AN APPEAL AT THE EXPENSE OF THE GOVERMENT.

AO 245B (Rev. 06/05) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page 9 of 9

DEFENDANT: WILLIAM MICHAEL DULANY
CASE NUMBER: CR 08-32-01

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $ 100.00 | $ 0 | $ 0 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

| TOTALS | $ 0.00 | $ 0.00 |
|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the ☐ fine ☐ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.