IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM MICHAEL DULANY,<br><br>    Defendant. | Criminal Action No. 1:08-cr-00032-TFH |

## ORDER

This matter came before the Court on defendant's motion to allow him to self-surrender to commence his sentence in this matter on a date that follows that conclusion of course work currently being taken by the defendant as a requirement for an advanced degree. Upon consideration of the motion and the memorandum in support, and it appearing that the relief requested by defendant has been consented to by the United States as long it does not interfere with the self-surrender process, it is this 19th day of June, 2008, hereby

ORDERED that defendant's motion is GRANTED. The defendant shall be allowed to self-surrender to begin his sentence on a date on or after August 11, 2008.

_____
Judge, District Court for the District Columbia

Copies to:

Roscoe C. Howard, Jr.
TROUTMAN SANDERS LLP
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004
roscoe.howard@troutmansanders.com


Opher Shweiki
U. S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Room 4233
Washington, DC 20530
opher.shweiki@usdoj.gov


Michael J. Penders
Sondrá A. Rhodes
United States Probation Officer
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, NW
Room 2800
Washington, DC 20001

*10900763v1*